**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-6049**

———————

JOSEPH JOHNSON, JR.,

                              Plaintiff - Appellant,

        versus

C. D. LARSEN, Warden; RONALD J. ANGELONE; W.
P. ROGERS, Regional Director; C. WALLACE; J.
TOWNSEND; J. BERRY, Sergeant; S. HARRIS; R.
WHITEHEAD, Captain; D. NEWCOMB, Sergeant; R.
JENNINGS, Sergeant; R. MARTIN, Lieutenant; D.
GRAHAM; L. FORD, Correctional Officer; B.
BOISE, Correctional Officer; W. HARVEY,
Sergeant; D. INGRAM; S. HAILEY; G. COOK; W.
GRIFFIN, Sergeant; G. GRAHAM,

                              Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Richmond. James R. Spencer, District Judge.
(CA-99-582)

———————

Submitted: December 20, 2001        Decided: December 27, 2001

———————

Before LUTTIG, TRAXLER, and GREGORY, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Joseph Johnson, Jr., Appellant Pro Se. Banci Enga Tewolde, OFFICE
OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for
Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Joseph Johnson, Jr., seeks to appeal the district court's orders denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint, denying his motion for reconsideration, and denying various preliminary motions. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we dismiss the appeal as frivolous on the reasoning of the district court. Johnson v. Larsen, No. CA-99-582 (E.D. Va. Apr. 5, 2000; Apr. 25, 2000; July 7, 2000; Aug. 4, 2000; Nov. 29, 2000; Aug. 15, 2001). We deny Johnson's petition for writ of mandamus as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED